**Dismiss and Opinion Filed July 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00522-CV

**JAMES L. DAHLEM, II, Appellant**

**V.**

**BRIAN METZGER AND VALLEY VIEW RENTAL, LLC, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06598-M**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

The Court has before it appellant's July 15, 2015 agreed motion to dismiss the appeal.

Appellant states that parties have settled the issues and disputes between them, and appellant no

longer desires to pursue the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and

dismiss the appeal.

150522F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES L. DAHLEM, II, Appellant

No. 05-15-00522-CV      V.

BRIAN METZGER AND VALLEY VIEW
RENTAL, LLC, Appellees

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-06598-M.
Opinion delivered by Justice Francis,
Justices Lang-Miers and Whitehill
participating.

        In accordance with this Court's opinion of this date, we **DISMISS** the appeal.  Subject to any agreement between the parties, we **ORDER** that appellees Brian Metzger and Valley View Rental, LLC recover their costs of this appeal from appellant James L. Dahlem, II.

Judgment entered July 20, 2015.